[No. 19326-4-II.   Division Two.   January 10, 1997.]

JERRY L. FLETCHER, *Appellant*, v. DEPARTMENT OF RETIREMENT SYSTEMS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-2-02255-2, Paula Casey, J., entered March 15, 1995. *Affirmed* by unpublished opinion per Turner, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 19468-6-II.   Division Two.   January 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY JUSTIN JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-1-00640-9, Milton R. Cox, J., entered April 19, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 19573-9-II.   Division Two.   January 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ARTHUR MURDOCK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-03860-2, Grant L. Anderson, J., entered May 17, 1995. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 19649-2-II.   Division Two.   January 10, 1997.]

JANETTE KENT, *Individually and as Personal Representative, Appellant*, v. MILTON O. BROWN, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-2-01953-1, Barbara D. Johnson, J., entered May 26, 1995. *Affirmed* by unpublished opinion per Turner, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.